# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| MATTHEW ANDREWS, | : Case No. 3:25-cv-00334 |
| Plaintiff, | : District Judge Michael J. Newman |
| vs. | : Magistrate Judge Caroline H. Gentry |
| USAA CASUALTY INSURANCE COMPANY, | : |
| Defendant. | : |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Defendant USAA Casualty Insurance Company has not filed a diversity disclosure statement as required by that Rule. Defendant is therefore **ORDERED** to file such a statement no later than fourteen days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge